**Order entered July 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00079-CV

**TIFFANY TRAILS OWNERS ASSOCIATION, INC., Appellant**

**V.**

**LARRY JISTEL, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-9022**

## ORDER

The Court has before it appellant's July 18, 2013 motion to set aside order suspending appeal. The Court **GRANTS** the motion and **REINSTATES** this case. We **ORDER** appellee to file his brief within thirty days of the date of this order.

/s/     ELIZABETH LANG-MIERS
JUSTICE